PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Clayton, George                             Cr.: 97-165

Name of Sentencing Judicial Officer: Alfred M. Wolin

Date of Original Sentence: 2/13/1997

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 137 months and 4 years supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 07/06/07

### PETITIONING THE COURT

[ ] To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of six months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

### CAUSE

As requested by the Eastern District of Michigan U.S. Probation Office, this placement will assist Mr. Clayton to assist him with housing and employment.

Respectfully submitted,

By: Mark Hengemuhle
U.S. Probation Officer
Date: 07/09/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

7-10-07
Date